IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-02596-RM-CBS | Date: February 24, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                            *Counsel:*

NANCY GRADY,                    Sean Olson

Plaintiff,

v.

HEATHER HASTINGS-BELVINS,        Jonathan Abramson

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 01:26 p.m.**
Court calls case. Appearances of counsel.

This hearing comes before the court in regards to *MOTION [18] to Amend Complaint.*

Discussion regarding the proposed amended complaint and the missing components.

**ORDERED:**     *MOTION [18] to Amend Complaint* is **DENIED** without prejudice due to the deficiencies in the proposed amended complaint.

                 The Plaintiff is allowed to file an amended complaint by **February 27, 2015 at 12:00 p.m.**

HEARING CONCLUDED.

**Court in recess: 01:54 p.m.**
Total time in court: 00:28

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.