**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Civil Action No.   14-cv-02596-RM-CBS*

NANCY GRADY, an individual,

    Plaintiff,

v.

HEATHER HASTINGS-BLEVINS, an individual; and
ESTES EXPRESS LINES, a Virginia corporation,

    Defendants.

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR ORDER FOR
Fed.R.Civ.P. 35 PHYSICAL EXAMINATION OF PLAINTIFF**

THIS MATTER having come before the Court on Defendants' Unopposed Motion for Order for Fed.R.Civ.P. 35 Physical Examination of Plaintiff, and the Court being fully apprised of the premises and finding good cause exists to grant the Motion,

IT IS HEREBY ORDERED that the Motion is GRANTED. The Court orders Plaintiff Nancy Grady ("Plaintiff") to submit to a physical examination pursuant to Fed. R. Civ. P. 35, with the following examiner and with the following time, place, manner, condition, and scope:

**1.    PHYSICAL EXAMINATION**

    a.    Brian D. Lambden, M.D., will conduct this examination of Plaintiff, which will occur on May 27, 2015, beginning at 10:00 a.m., at Dr. Lambden's office, 1380 S. Santa Fe Dr., Suite 100, Denver, Colorado 80223. This examination will be a single-session, complete clinical examination of Plaintiff's physical condition, which may include a review of Plaintiff's past

1

2

medical history, present physical condition, and future prognosis. This examination is anticipated to last between 1.5 hours and 2 hours.

      b.      Plaintiff herself shall be responsible for any reasonable costs or expense resulting from her missing or failure to attend this examination.

DATED this __9th__ day of __April_____, ~~2014.~~ 2015

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE

2